IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WILLIAM D. WOOD, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CIV-06-556-T |
| | ) | |
| LT. PAUL W. JESTICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF DISMISSAL**

Before the Court is the Report and Recommendation issued May 31, 2006, by United States Magistrate Judge Robert Bacharach pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Bacharach recommends summary dismissal of the action as time-barred. Judge Bacharach has advised Plaintiff of his right to object to the Report and Recommendation and the consequences of a failure to object.

Plaintiff has neither filed a timely objection nor requested additional time. Thus the Court finds Plaintiff has waived further review. For this reason, and because de novo consideration of the issues reveals dismissal is proper under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), the Court ADOPTS the Report and Recommendation [Doc. 7] in its entirety.

Therefore, the Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 is DISMISSED WITH PREJUDICE

Entered this 28th day of June, 2006.

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE